JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ANN FOSTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSA VIRAMONTES et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-2321-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the complaint is dismissed without leave to amend and this action is dismissed with prejudice.

DATED: May 24, 2022

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE